# Exhibit 4

Case 6:23-cv-01882-MC   Document 1-4   Filed 12/13/23   Page 1 of 4

# ADDENDUM #1 TO
# CONFIDENTIAL SUMMARY OF TERMS FOR PROPOSED
# INTEGRATOR SERVICES FOR DLA DEPLOYABLE CT PROJECT

This is Addendum #1 ("Addendum") to the Term Sheet ("Term Sheet") dated March 6, 2018 between WS Acquisition, LLC dba Western Shelter Systems ("Integrator") and Siemens Medical Solutions USA, Inc. ("Siemens") regarding potential planning, design and integration services, modification/fabrication services, and other materials, supplies and services ("Deliverables") of Integrator for a Defense Logistics Agency ("DLA") Request for Offer ("RFO") for Deployable CT Project DLA-FSDA-RFO-12142017 ("Project").

This Addendum #1 is modifying the original fixed price of the Term Sheet to include transportation and insurance for a total new fixed price of $175,614.13, and is replacing the original pricing worksheet with a new pricing worksheet attached to this Addendum #1. This attached new pricing worksheet shall be named "Addendum Pricing Worksheet". This Addendum Pricing worksheet includes a one-time, non-recurring engineering expense ("NRE"). These modifications are specified below.

The following provision of the Term Sheet from page 2, paragraph 1 of the binding obligations of the parties shall be amended as follows:

Siemens and Integrator will agree on certain Subcontract terms as follows:

(1) Fixed Price, Price Increase and Payment Terms: Integrator will be paid the per-Unit fixed prices for the Integrator Project Deliverables supplied to DLA pursuant to the RFO and set forth Addendum Pricing Worksheet, under the following price and payment terms:

   (a) Deliverable Price Including Transportation and Insurance. For all Project Deliverables (if included in a DLA Purchase Order issued pursuant to the RFO), Siemens will pay Integrator a per-Unit Price in the Addendum Pricing Worksheet. This Unit Price shall include Integrator's price for surface transportation and insurance to the destination selected by DLA for the Unit.

   (b) Non-Recurring Expenses and Payment Terms. As stated in the Addendum Pricing Worksheet, Siemens will pay Integrator non-recurring engineering expenses (NRE) of $171.428.57 after a DLA purchase order is issued to Siemens, payable as follows: (i) 50% of the NRE sum shall be paid by Siemens within 30 days after Integrator submits an NRE invoice to Siemens; a notice to Integrator regarding issuance of a DLA purchase order to Siemens shall be given by Siemens within 5 days of Siemens' receipt of such DLA purchase order so that Integrator can promptly submit its first NRE invoice to Siemens for payment; (ii) the remaining 50% of the NRE shall be included in the Integrator's first invoice submitted to Siemens after delivery of Unit 1, and Siemens will pay this second NRE invoice within 30 days.

All other binding and non-binding provisions of the Term Sheet shall remain as written.

| INTEGRATOR: | SIEMENS MEDICAL SOLUTIONS USA, INC. |
|---|---|
| WESTERN SHELTER SYSTEMS | |
| **Signed By:** *(signature)* | **Signed By:** Duffy-Sandstrom Sabine *(digitally signed 2018.03.30 21:11:21 -04'00')* |
| Printed Name: MICHAEL SCALA | Printed Name: Sabine Duffy-Sandstrom |
| Title: PRESIDENT | Title: VP Federal Acounts |
| Date: 5-24-18 | Date: 3/24/2018 |

**Signed By:** Roth Christopher *(digitally signed 2018.04.02 06:50:03 -04'00')*

Printed Name: Christopher Roth
Title: VP, Finance
Date: 4/02/2018

Attachment to Addendum #1 – Addendum Pricing Worksheet

| Western Shelter multiyear pricing for CT Scanner Project | | | |
|---|---|---|---|
| Year | Integration Price | NRE | Notes |
| 2018 | $175,614.13 | $171,428.57 | One time fee for design, development, and testing. 50% paid at time of first order placement, balance under standard terms |
| 2019 | $179,302.03 | | |
| 2020 | $183,067.37 | | |
| 2021 | $186,911.78 | | |
| 2022 | $190,836.93 | | |
| 2023 | $194,844.51 | | |
| 2024 | $198,936.24 | | |
| 2025 | $203,113.90 | | |
| 2026 | $207,379.29 | | |
| 2027 | $211,734.26 | | |