# Exhibit 5

Western Shelter multiyear pricing for CT Scanner Project

| Year | Integration Price | Three in one Container Price | Power distribution package | NRE refurbished ISO | NRE 3 in 1 New WS container | NRE for both the refurbished ISO & new 3 in 1 WS Container |
|---|---|---|---|---|---|---|
|  |  |  |  | $171,428.57 | $171,428.57 | $257,142.86 |
| 2018 | $172,101.85 | $174,971.30 | $23,361.95 |  |  |  |
| 2019 | $175,715.99 | $178,645.70 | $23,852.55 |  |  |  |
| 2020 | $179,406.02 | $182,397.26 | $24,353.45 |  |  |  |
| 2021 | $183,173.55 | $186,227.60 | $24,864.87 |  |  |  |
| 2022 | $187,020.19 | $190,138.38 | $25,387.03 |  |  |  |
| 2023 | $190,947.62 | $194,131.29 | $25,920.16 |  |  |  |
| 2024 | $194,957.52 | $198,208.04 | $26,464.49 |  |  |  |
| 2025 | $199,051.62 | $202,370.41 | $27,020.24 |  |  |  |
| 2026 | $203,231.71 | $206,620.19 | $27,587.67 |  |  |  |
| 2027 | $207,499.57 | $210,959.22 | $28,167.01 |  |  |  |

Notes: *One-time fee for design, development, and testing. 50% paid at time of first order placement, balance under standard terms.

**Order placement for both the government supplied ISO and the new WS container must occur at the same time for the $257,142.86 price.