**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**EDWARD A. PIPER**, OSB No. 141609
ed@angelilaw.com
ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**GEORGE D. RUTTINGER**, *pro hac vice* pending
gruttinger@crowell.com
**ANUJ VOHRA**, *pro hac vice* pending
avohra@crowell.com
**WILLIAM B. O'REILLY**, *pro hac vice* pending
woreilly@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Plaintiff Siemens Medical Solutions USA, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>WS ACQUISITION, LLC dba WESTERN SHELTER SYSTEMS, an Oregon limited liability company,<br><br>        Defendant. | Case No. 6:23-cv-01882<br><br>**PLAINTIFF'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT** |

PAGE 1 – PLAINTIFF'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT

**FRCP 7.1 CORPORATE DISCLOSURE STATEMENT OF
<u>PLAINTIFF SIEMENS MEDICAL SOLUTIONS USA, INC.</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Siemens Medical Solutions USA, Inc. ("Plaintiff") states as follows: Plaintiff is a wholly-owned subsidiary of Siemens Healthineers Beteiligungen GmbH & Co. KG in Germany, which is a wholly-owned subsidiary of Siemens Healthineers AG. Siemens Healthineers AG is publicly traded on the Frankfurt Stock Exchange.

DATED this 13th day of December, 2023.

By:     <u>s/Edward A. Piper</u>
       DAVID H. ANGELI, OSB No. 020244
       david@angelilaw.com
       EDWARD A. PIPER, OSB No. 141609
       ed@angelilaw.com
       ANGELI LAW GROUP LLC
       121 SW Morrison Street, Suite 400
       Portland, OR 97204
       Telephone: (503) 954-2232
       Facsimile: (503) 227-0880

       GEORGE D. RUTTINGER, *pro hac vice* pending
       gruttinger@crowell.com
       ANUJ VOHRA, *pro hac vice* pending
       avohra@crowell.com
       WILLIAM B. O'REILLY, *pro hac vice* pending
       woreilly@crowell.com
       CROWELL & MORING LLP
       1001 Pennsylvania Ave. NW
       Washington, D.C. 20004
       Telephone: (202) 624-2500
       Facsimile: (202) 628-5116

       Attorneys for Plaintiff Siemens Medical Solutions USA, Inc.