Damon C. Elder, OSB No. 085313
Email: damon.elder@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1301 Second Avenue, Suite 3000
Seattle, WA 98101-3808
(206) 274-6400 | Phone

*Attorneys for Defendant WS Acquisition, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WS ACQUISITION, LLC dba WESTERN SHELTERS SYSTEMS an Oregon limited liability company,<br><br>Defendant. | Case No. 6:23-cv-01882<br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT** |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that Damon C. Elder of Morgan, Lewis & Bockius LLP hereby appears in this action on behalf of defendant WS ACQUISITION, LLC dba WESTERN SHELTERS SYSTEMS, without waiving any objections, including as to venue or jurisdiction, and requests that all further papers and pleadings be served upon the undersigned counsel.

Dated: January 17, 2024	**MORGAN, LEWIS & BOCKIUS LLP**


By  *Damon C. Elder*
Damon C. Elder, OSB No. 085313
1301 Second Avenue, Suite 3000
Seattle, WA 98101-3808
(206) 274-6400 | Phone
Email: damon.elder@morganlewis.com


*Attorneys for Defendant*

PAGE 2 – NOTICE OF APPEARANCE