Scott L. Mullins, OSB #142504
Mullins Law Office, LLC
1000 SW Broadway St., Suite 2300
Portland, Oregon 97205
Tel. 971-383-1315
Fax 503-525-4833
scott@slmullins.com

*Of Attorneys for Defendant*
*WS Acquisition, LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **SIEMENS MEDICAL SOLUTIONS USA, INC.**, a Delaware corporation,<br><br>                                    **Plaintiff,**<br><br>    v.<br><br>**WS ACQUISITION, LLC dba WESTERN SHELTER SYSTEMS,** an Oregon limited liability company,,<br><br>                                    **Defendants.** | Case No. 6:23-cv-01882-MC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT WS ACQUISITION, LLC** |

TO:       THE CLERK OF COURT

AND:     ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

    PLEASE TAKE NOTICE that Scott L. Mullins, on behalf of Defendant WS Acquisition LLC dba Western Shelter Systems, an Oregon limited liability company, hereby enters an appearance in the above-captioned matter and requests that all further papers and pleadings, except

**Page 1  Notice of Appearance of Counsel for Defendant WS Acquisition, LLC**

original process, be served upon undersigned counsel at Mullins Law Office, LLC, 1000 SW Broadway St., Suite 2300, Portland, Oregon, 97205.

Dated: January 18, 2024.                    Respectfully submitted,

By: _____
Scott L. Mullins, OSB #142504
Mullins Law Office, LLC
1000 SW Broadway St., Suite 2300
Portland, Oregon 97205
Tel. 971-383-1315
Fax 503-525-4833
scott@slmullins.com

*Of Attorneys for Defendant*
*WS Acquisition, LLC*