Damon C. Elder, OSB No. 085313
Email: damon.elder@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1301 Second Avenue, Suite 3000
Seattle, WA 98101-3808
(206) 274-6400 | Phone

Troy S. Brown, *Admitted Pro Hac Vice*
Email: troy.brown@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
(215) 963-5214 | Phone

Scott L. Mullins, OSB #142504
**Mullins Law Office, LLC**
1000 SW Broadway St., Suite 2300
Portland, Oregon 97205
(971) 383-1315 | Phone
scott@slmullins.com

*Attorneys for Defendant WS Acquisition, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WS ACQUISITION, LLC dba WESTERN SHELTERS SYSTEMS an Oregon limited liability company,<br><br>Defendant. | Case No. 6:23-cv-01882<br><br>**DEFENDANT WS ACQUISITION, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant WS Acquisition, LLC, states that it is one hundred percent (100%) owned by WSS Global, Inc., a Delaware Corporation ("WSSG"), and that WSSG is one hundred percent (100%) owned by GCP III WS Holdings, LLC, a

Delaware Limited Liability Company ("GCP III"). There is no publicly-held corporation or entity that owns ten percent (10%) or more of the stock of Defendant, WSSG or GCP III.

Dated: January 29, 2024                    MORGAN, LEWIS & BOCKIUS LLP


                                           By  *Damon C. Elder*
                                               Damon C. Elder, OSB No. 085313

                                           *Attorneys for Defendant*