UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WS ACQUISITION, LLC dba WESTERN SHELTERS SYSTEMS an Oregon limited liability company,<br><br>Defendant. | Case No. 6:23-cv-01882<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT SCHEDULE** |

Pursuant to Federal Rule of Civil Procedure 6(b), counsel for Plaintiff Siemens Medical Solutions USA, INC. ("Plaintiff"), and Defendant WS Acquisition, LLC, d/b/a Western Shelters Systems ("Defendant"), have conferred regarding a proposed schedule for this case. The parties now STIPULATE AND AGREE to request that the Court enter the following case schedule:

**PROPOSED CASE MANAGEMENT SCHEDULE**

| Event | Proposed Date |
|---|---|
| Deadline to file Answer or Motion to Dismiss: | **March 11, 2024** |
| Deadline for 26(f) Conference: | **April 10, 2024** |
| Fact Discovery Deadline: | **December 15, 2024** |

| | |
|---|---|
| Expert Discovery<br>    Expert Disclosures[1]:<br>    Rebuttal Expert Disclosures:<br>    Expert Discovery Deadline: | **January 13, 2025**<br>**February 28, 2025**<br>**March 28, 2025** |
| Deadline to File Dispositive Motions: | **April 11, 2025** |
| Joint ADR Report: | **April 11, 2025** |
| All Other Dates: | **All subsequent deadlines to be set following the Joint Status Report** |

SO STIPULATED: February 22, 2024

**ANGELI LAW GROUP LLC**

By  *s/ Edward A. Piper*
    Edward A. Piper, OSB No. 020244
    121 SW Morrison St., Suite 400
    Portland, OR 97204
    Email: ed@angelilaw.com

**MORGAN, LEWIS & BOCKIUS LLP**

By  *s/ Damon C. Elder*
    Damon C. Elder, OSB No. 085313
    1301 Second Avenue, Suite 3000
    Seattle, WA 98101
    Email: damon.elder@morganlewis.com

**CROWELL & MORING LLP**

By  *s/ Anuj Vohra*
    Anuj Vohra, (*Pro Hac Vice*)
    George David Ruttinger, (*Pro Hac Vice*)
    William Benjamin O'Reilly, (*Pro Hac Vice*)
    1001 Pennsylvania Avenue, NW
    Washington, DC 20004
    Email: avohra@crowell.com
           gruttinger@crowell.com
           woreilly@crowell.com

*Attorneys for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

By  *s/ Troy S. Brown*
    Troy S. Brown, (*Pro Hac Vice*)
    2222 Market Street
    Philadelphia, PA 19103
    Email: troy.brown@morganlewis.com

**MULLINS LAW OFFICE, LLC**

By  *Scott L. Mullins*
    Scott L. Mullins, OSB No. 142504
    1000 SW Broadway St., Suite 2300
    Portland, OR 97205
    Email: scott@slmullins.com

*Attorneys for Defendant*

---

[1] The parties agree that the January 13, 2025 expert disclosure deadline applies to both parties to the extent it is the relevant party's burden of proof on an affirmative claim or defense.

## **[PROPOSED] ORDER**

SO ORDERED.

DATED this _____ day of _____, 2024.

_____
JUDGE/COMMISSIONER

*Presented by*:

**MORGAN, LEWIS & BOCKIUS LLP**

By  *s/ Damon C. Elder*
Damon C. Elder, OSB No. 085313
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Email: damon.elder@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**

By  *s/ Troy S. Brown*
Troy S. Brown, (*Pro Hac Vice*)
2222 Market Street
Philadelphia, PA 19103
Email: troy.brown@morganlewis.com

**MULLINS LAW OFFICE, LLC**

By  *s/ Scott L. Mullins*
Scott L. Mullins, OSB No. 142504
1000 SW Broadway St., Suite 2300
Portland, OR 97205
Email: scott@slmullins.com

*Attorneys for Defendant*

*-and-*

**ANGELI LAW GROUP LLC**

By  *s/ Edward A. Piper*
Edward A. Piper, OSB No. 020244
121 SW Morrison St., Suite 400
Portland, OR 97204
Email: ed@angelilaw.com

**CROWELL & MORING LLP**

By <u>*s/ Anuj Vohra*</u>
    Anuj Vohra, (*Pro Hac Vice*)
    George David Ruttinger, (*Pro Hac Vice*)
    William Benjamin O'Reilly, (*Pro Hac Vice*)
    1001 Pennsylvania Avenue, NW
    Washington, DC 20004
    Email: avohra@crowell.com
    gruttinger@crowell.com
    woreilly@crowell.com

*Attorneys for Plaintiff*