**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**EDWARD A. PIPER**, OSB No. 141609
ed@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**GEORGE D. RUTTINGER**, admitted *pro hac vice*
gruttinger@crowell.com
**ANUJ VOHRA**, admitted *pro hac vice*
avohra@crowell.com
**WILLIAM B. O'REILLY**, admitted *pro hac vice*
woreilly@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Plaintiff Siemens Medical Solutions USA, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>WS ACQUISITION, LLC dba WESTERN SHELTER SYSTEMS, an Oregon limited liability company<br><br>                    Defendant. | Case No. 6:23-cv-01882-MC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

PAGE 1 – UNOPPOSED MOTION FOR EXTENSION OF TIME

## LR 7-1 CERTIFICATION

Pursuant to Local Civil Rule 7-1(a), counsel for Plaintiff state that they have conferred with counsel for Defendant, and that Defendant does not oppose the extension of time sought in this motion.

## MOTION

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Civil Rule 16-3, Plaintiff moves to extend from March 25, 2024 to April 4, 2024 the deadline by which it must respond to Defendant's motion to dismiss.

## MEMORANDUM

Plaintiff respectfully requests that the Court extend the deadline by which it must respond to the Defendant's motion to dismiss by ten days, from March 25, 2024 to April 4, 2024. Pursuant to Local Civil Rule 16-3, Plaintiff states as follows:

1. There is good cause to extend the deadline (*i.e.*, this request is unopposed).

2. The parties have used their prior time effectively.

3. The recommended new deadline is April 4, 2024.

///

///

///

///

///

///

///

///

///

4. The proposed extension will have no impact on other existing deadlines, settings, or schedules.

Dated this 25th day of March, 2024.

*s/Edward A. Piper*
DAVID H. ANGELI, OSB No. 020244
david@angelilaw.com
EDWARD A. PIPER, OSB No. 141609
ed@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

GEORGE D. RUTTINGER, admitted *pro hac vice*
gruttinger@crowell.com
ANUJ VOHRA, admitted *pro hac vice*
avohra@crowell.com
WILLIAM B. O'REILLY, admitted *pro hac vice*
woreilly@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Plaintiff Siemens Medical Solutions USA, Inc.