**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**EDWARD A. PIPER**, OSB No. 141609
ed@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**GEORGE D. RUTTINGER**, admitted *pro hac vice*
gruttinger@crowell.com
**ANUJ VOHRA**, admitted *pro hac vice*
avohra@crowell.com
**WILLIAM B. O'REILLY**, admitted *pro hac vice*
woreilly@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Plaintiff Siemens Medical Solutions USA, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WS ACQUISITION, LLC dba WESTERN SHELTER SYSTEMS, an Oregon limited liability company<br><br>　　　　　Defendant. | Case No. 6:23-cv-01882-MC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

PAGE 1 – UNOPPOSED MOTION FOR EXTENSION OF TIME

## LR 7-1 CERTIFICATION

Pursuant to Local Civil Rule 7-1(a), counsel for Plaintiff state that they have conferred with counsel for Defendant, and that Defendant does not oppose the extension of time sought in this motion.

## MOTION

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Civil Rule 16-3, Plaintiff moves to extend from April 10, 2024 to May 1, 2024 the deadline for the parties' Rule 26(f) conference.

## MEMORANDUM

Plaintiff respectfully requests that the Court extend the deadline by which the parties must hold their Rule 26(f) conference from April 10, 2024 to May 1, 2024. Pursuant to Local Civil Rule 16-3, Plaintiff states as follows:

1. There is good cause to extend the deadline (*i.e.*, this request is unopposed).

2. The parties have used their prior time effectively.

3. The recommended new deadline is May 1, 2024.

///

///

///

///

///

///

///

///

4. Apart from the deadline by which the parties must submit their discovery plan to the Court, which would become May 15, 2024 (*see* Federal Rule of Civil Procedure 26(f)(2)), the proposed extension will have no impact on other existing deadlines, settings, or schedules.

Dated this 10th day of April, 2024.

        *s/Edward A. Piper*
        DAVID H. ANGELI, OSB No. 020244
        david@angelilaw.com
        EDWARD A. PIPER, OSB No. 141609
        ed@angelilaw.com
        ANGELI LAW GROUP LLC
        121 SW Morrison Street, Suite 400
        Portland, OR 97204
        Telephone: (503) 954-2232
        Facsimile: (503) 227-0880

        GEORGE D. RUTTINGER, admitted *pro hac vice*
        gruttinger@crowell.com
        ANUJ VOHRA, admitted *pro hac vice*
        avohra@crowell.com
        WILLIAM B. O'REILLY, admitted *pro hac vice*
        woreilly@crowell.com
        CROWELL & MORING LLP
        1001 Pennsylvania Ave. NW
        Washington, D.C. 20004
        Telephone: (202) 624-2500
        Facsimile: (202) 628-5116

Attorneys for Plaintiff Siemens Medical Solutions USA, Inc.