Damon C. Elder, OSB No. 085313
Email: damon.elder@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1301 Second Avenue, Suite 3000
Seattle, WA 98101-3808
(206) 274-6400 | Phone

Troy S. Brown, *Admitted Pro Hac Vice*
Email: troy.brown@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
(215) 963-5214 | Phone

Scott L. Mullins, OSB No. 142504
**Mullins Law Office, LLC**
1000 SW Broadway St., Suite 2300
Portland, Oregon 97205
(971) 383-1315 | Phone
scott@slmullins.com

*Attorneys for Defendant WS Acquisition, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>WS ACQUISITION, LLC dba WESTERN SHELTERS SYSTEMS an Oregon limited liability company,<br><br>  Defendant. | Case No. 6:23-cv-01882<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

## I.   LOCAL RULE 7-1 CERTIFICATION

In compliance with Local Civil Rule 7-1, the undersigned counsel for Defendant WS Acquisition, LLC, d/b/a Western Shelters Systems ("WSS" or "Defendant") certify that they have conferred with counsel for Plaintiff Siemens Medical Solutions USA, INC.'s ("Plaintiff") and that Plaintiff agrees to the extension of time sought in this motion.

## II.   MOTION AND MEMORANDUM

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Civil Rule 16-3, Defendant moves to extend the deadline for the parties' Rule 26(f) conference from May 1, 2024, to May 15, 2024. Pursuant to Local Civil Rule 16-3, Defendant states as follows:

1. There is good cause to extend the deadline, as all parties agree to this request;
2. The parties have used their prior time effectively;
3. The recommended new deadline is May 15, 2024; and
4. Apart from the deadline by which the parties submit their discovery plan to the Court, which would become May 29, 2024, the proposed extension will have no impact on other existing deadlines, settings, or schedules.

/ / /

/ / /

/ / /

Dated: May 1, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

By  *s/Damon C. Elder*
Damon C. Elder, OSB No. 085313
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Email: damon.elder@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**

By  *s/Troy S. Brown*
Troy S. Brown (*Pro Hac Vice*)
2222 Market Street
Philadelphia, PA 19103
Email: troy.brown@morganlewis.com

**MULLINS LAW OFFICE, LLC**

By  *s/Scott L. Mullins*
Scott L. Mullins, OSB No. 142504
1000 SW Broadway St., Suite 2300
Portland, OR 97205
Email: scott@slmullins.com

*Attorneys for Defendant*