Damon C. Elder, OSB No. 085313
Email: damon.elder@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1301 Second Avenue, Suite 3000
Seattle, WA 98101-3808
(206) 274-6400 | Phone

Troy S. Brown, *Admitted Pro Hac Vice*
Email: troy.brown@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
(215) 963-5214 | Phone

Scott L. Mullins, OSB No. 142504
**Mullins Law Office, LLC**
1000 SW Broadway St., Suite 2300
Portland, Oregon 97205
(971) 383-1315 | Phone
scott@slmullins.com

*Attorneys for Defendant WS Acquisition, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WS ACQUISITION, LLC dba WESTERN SHELTERS SYSTEMS an Oregon limited liability company,<br><br>Defendant. | Case No. 6:23-cv-01882<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY PENDING THE COURT'S RULING ON DEFENDANT'S MOTION TO DISMISS** |

Having fully considered Defendant WS Acquisition, LLC 's Defendant's Motion to Stay Pending the Court's Ruling on Defendant's Motion to Dismiss, all briefs, arguments, declarations, and documents in support and in opposition to that Motion, as well as the pleadings on file, the Court hereby GRANTS Defendant's Motion.


DATED this ___ day of _____, 2024.


_____
THE HONORABLE MICHAEL J. MCSHANE
UNITED STATES DISTRICT JUDGE

Presented by:


**MORGAN, LEWIS & BOCKIUS LLP**

By   *s/ Damon C. Elder*
_____
Damon C. Elder, OSB No. 085313
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Email: damon.elder@morganlewis.com


**MORGAN, LEWIS & BOCKIUS LLP**

By   *s/ Troy S. Brown*
_____
Troy S. Brown, (*Pro Hac Vice*)
2222 Market Street
Philadelphia, PA 19103
Email: troy.brown@morganlewis.com


**MULLINS LAW OFFICE, LLC**

By   *s/ Scott L. Mullins*
_____
Scott L. Mullins, OSB No. 142504
1000 SW Broadway St., Suite 2300
Portland, OR 97205
Email: scott@slmullins.com


*Attorneys for Defendant*