Damon C. Elder, OSB No. 085313
Email: damon.elder@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1301 Second Avenue, Suite 3000
Seattle, WA 98101-3808
(206) 274-6400 | Phone

Troy S. Brown, *Admitted Pro Hac Vice*
Email: troy.brown@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
(215) 963-5214 | Phone

Scott L. Mullins, OSB No. 142504
**Mullins Law Office, LLC**
1000 SW Broadway St., Suite 2300
Portland, Oregon 97205
(971) 383-1315 | Phone
scott@slmullins.com

*Attorneys for Defendant WS Acquisition, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WS ACQUISITION, LLC dba WESTERN SHELTERS SYSTEMS an Oregon limited liability company,<br><br>　　　　　Defendant. | Case No. 6:23-cv-01882<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

### I.    LOCAL RULE 7-1 CERTIFICATION

In compliance with Local Civil Rule 7-1, the undersigned counsel for Defendant WS Acquisition, LLC, d/b/a Western Shelters Systems ("WSS" or "Defendant") certify that they have conferred with counsel for Plaintiff Siemens Medical Solutions USA, INC.'s ("Plaintiff") and that Plaintiff agrees to the extension of time sought in this motion.

### II.    MOTION AND MEMORANDUM

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Civil Rule 16-3, Defendant moves to extend the deadlines for the Defendant to file its Answer to the Complaint and the deadline for the parties to file a joint status report.

Defendant's current deadline to file its Answer to the Complaint is July 17, 2024. The deadline for the parties to file their joint status report is July 22, 2024. Dkt. 36. On Monday, July 8, 2024, however, defense counsel began a two-week trial, which is expected to end on July 19, 2024. In order to have sufficient time to effectively prepare its Answer and confer regarding a joint status report, Defendant asks for a two-week extension of both deadlines.

Pursuant to Local Civil Rule 16-3, Defendant states as follows:

1. There is good cause to extend the deadlines, as all parties agree to this request;
2. The parties have used their prior time effectively;
3. The recommended new deadline for Defendant's Answer is July 31, 2024;
4. The recommended new deadline for the parties to file a joint status report is August 5, 2024; and
5. The proposed extension will have no impact on other existing deadlines, settings, or schedules.

/ / /

Dated: July 9, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

By   *s/Damon C. Elder*
    Damon C. Elder, OSB No. 085313
    1301 Second Avenue, Suite 3000
    Seattle, WA 98101
    Email: damon.elder@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**

By   *s/Troy S. Brown*
    Troy S. Brown (*Pro Hac Vice*)
    2222 Market Street
    Philadelphia, PA 19103
    Email: troy.brown@morganlewis.com

**MULLINS LAW OFFICE, LLC**

By   *s/Scott L. Mullins*
    Scott L. Mullins, OSB No. 142504
    1000 SW Broadway St., Suite 2300
    Portland, OR 97205
    Email: scott@slmullins.com

    *Attorneys for Defendant*