UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WS ACQUISITION, LLC dba WESTERN SHELTERS SYSTEMS an Oregon limited liability company,<br><br>Defendant. | Case No. 6:23-cv-01882-MC<br><br>**JOINT STATUS REPORT AND [PROPOSED] CASE SCHEDULE** |

Pursuant to the Court's Scheduling Order dated July 3, 2024 (D.I. 36), as extended by its Order dated July 12, 2024 (D.I. 38), counsel for Plaintiff Siemens Medical Solutions USA, Inc. ("Siemens Healthineers") and Defendant WS Acquisition, LLC, d/b/a Western Shelters Systems ("WSS"), by and through their respective undersigned counsel of record, hereby submit the following Joint Status Report and Proposed Case Schedule.

I.  **CASE STATUS**

On February 23, 2024, the Court issued its initial Case Management Schedule. D.I. 18. The Court subsequently granted extensions of the deadline for the parties' Rule 26(f) Conference. D.I. 24, 28. On May 15, 2024, the parties completed their Rule 26(f) conference. The following day, on May 16, 2024, the Court granted WSS' motion for a stay of discovery pending the hearing on its motion to dismiss. D.I. 30. At the hearing on WSS' motion to dismiss, the Court extended the stay of discovery through the issuance of its order on WSS' motion. D.I. 33. On July 3, 2024, the Court issued its Opinion and Order regarding WSS' motion to dismiss and ordered the parties to submit a Joint Status Report by July 22, 2024.

D.I. 34, 36. On July 12, 2024, on WSS' unopposed motion, the Court extended WSS' deadline to file its answer and the Parties' deadline to file this Joint Status Report. D.I. 37, 38. On July 31, 2024, WSS filed its Answer and Counterclaims. D.I. 39.

In addition, the parties propose the following case schedule:

| Event | Previous Deadline | Proposed Deadline |
|---|---|---|
| Defendant's Answer | July 31, 2024 | July 31, 2024 |
| Joint Status Report | August 5, 2024 | August 5, 2024 |
| Plaintiff's Answer to Counterclaims | --- | August 21, 2024 |
| Initial Disclosures | --- | August 30, 2024 |
| Joint ADR Report | April 11, 2025 | August 30, 2024 |
| Rule 26(f) conference report and discovery plan | --- | August 30, 2024 |
| Fact Discovery Deadline | December 15, 2024 | March 10, 2025 |
| Opening Expert Reports | January 13, 2025 | March 24, 2025 |
| Rebuttal Expert Reports | February 28, 2025 | April 28, 2025 |
| Expert Discovery Deadline | March 28, 2025 | May 26, 2025 |
| Dispositive Motions and Daubert Motions | April 11, 2025 | June 16, 2025 |
| All Other Dates | All subsequent deadlines to be set following the Joint Status Report | All subsequent deadlines, including motions *in limine* and other pre-trial submissions, to be set following the filing of dispositive motions |
| Trial | --- | September 15, 2025 |

Dated: August 5, 2024

| | |
|---|---|
| **ANGELI LAW GROUP LLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By  *s/ Edward A. Piper*<br>Edward A. Piper, OSB No. 020244<br>121 SW Morrison St., Suite 400<br>Portland, OR 97204<br>Email: ed@angelilaw.com | By  *s/ Damon C. Elder*<br>Damon C. Elder, OSB No. 085313<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>Email: damon.elder@morganlewis.com |
| **CROWELL & MORING LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By  *s/ Anuj Vohra*<br>Anuj Vohra (*Pro Hac Vice*)<br>George David Ruttinger (*Pro Hac Vice*)<br>William Benjamin O'Reilly (*Pro Hac Vice*)<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Email: avohra@crowell.com<br>gruttinger@crowell.com<br>woreilly@crowell.com<br><br>Molly A. Jones (*Pro Hac Vice*)<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Email: mojones@crowell.com<br><br>*Attorneys for Plaintiff* | By  *s/ Troy Brown*<br>Troy Brown, (*Pro Hac Vice*)<br>2222 Market Street<br>Philadelphia, PA 19103<br>Email: troy.brown@morganlewis.com<br><br>**MULLINS LAW OFFICE, LLC**<br><br>By  *s/ Scott L. Mullins*<br>Scott L. Mullins, OSB No. 142504<br>1000 SW Broadway St., Suite 2300<br>Portland, OR 97205<br>Email: scott@slmullins.com<br><br>*Attorneys for Defendant* |