UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Siemens Med. Solutions USA Inc.    ,

                          Plaintiff(s),          Case No.: 6:23-cv-01882 _____

v.

 WS Acquisition, LLC
_____ ,          JOINT ALTERNATIVE DISPUTE
                                           RESOLUTION REPORT
                          Defendant(s).
_____

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit.  This report is submitted in compliance with LR 16-4(d).

  1.    Have counsel held settlement discussions with their clients and the opposing party?
        ☑Yes        ☐No

        If not, provide an explanation:

        _____

        _____

Joint Alternative Dispute Resolution Report                                    1
[Rev. 02/2021]

2.      The parties propose:    (*check one of the following*)

[ ]  (a)  That this case be referred to a neutral of their choice for ADR not
          sponsored by the Court pursuant to LR 16-4(e)(1).

[ ]  (b)  That the Court refer this case to mediation using a Court-sponsored
          mediator.  (*See* LR 16-4(f) for Court-sponsored  mediation procedures).
          The parties seek a Court mediator because:

          _____

          _____

          _____

[ ]  (c)  ADR may be helpful at a later date following completion of:

          _____

          _____

[ ]  (d)  The parties believe the Court would be of assistance in preparing for
          ADR by:

          _____

          _____

[ ]  (e)  The parties do not believe that any form of ADR will assist in the
          resolution of this case.

[✓]  (f)  Other:

          The parties are exploring direct negotiations in lieu of ADR at this time.
          Depending on the outcome, they will consider ADR at an appropriate time.

          _____

          _____

Dated: August 30, 2024                    By: s/ Edward A. Piper
                                          _____


                                          By: s/ Scott L. Mullins
                                          _____