Damon C. Elder, OSB No. 085313
Email: damon.elder@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1301 Second Avenue, Suite 3000
Seattle, WA 98101-3808
(206) 274-6400 | Phone

Troy S. Brown, *Admitted Pro Hac Vice*
Email: troy.brown@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
(215) 963-5214 | Phone

Scott L. Mullins, OSB No. 142504
**Mullins Law Office, LLC**
1000 SW Broadway St., Suite 2300
Portland, Oregon 97205
(971) 383-1315 | Phone
scott@slmullins.com

Albert Anthony Ciardi, III, *Admitted Pro Hac Vice*
**Ciardi Ciardi & Astin**
1905 Spruce Street
Philadelphia, PA 19103
(215) 557-3550 | Phone
aciardi@ciardilaw.com

*Attorneys for Defendant WS Acquisition, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation,<br><br>　　　　　Plaintiff/Counter Defendant,<br><br>　v.<br><br>WS ACQUISITION, LLC dba WESTERN SHELTERS SYSTEMS an Oregon limited liability company,<br><br>　　　　　Defendant/Counter Claimant. | Case No. 6:23-cv-01882<br><br>**MOTION TO WITHDRAW REPRESENTATION AND TERMINATE ELECTRONIC NOTICES** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant and Counter Claimant WS ACQUISITION, LLC dba WESTERN SHELTERS SYSTEMS ("WS Acquisition") moves to withdraw Damon C. Elder and Troy S. Brown of Morgan Lewis & Bockius LLP from representation in the above-captioned case. Upon an Order being entered, it is further requested that the Clerk of this Court terminate delivery of electronic notices to Damon C. Elder and Troy S. Brown of Morgan Lewis & Bockius LLP.

WS Acquisition will continue to be represented by local counsel of record Scott Mullins, from Mullins Law Office, LLC, who has previously made an appearance in this matter, and Al Ciardi, of Ciardi Ciardi & Astin, recently admitted *pro hac vice*. All parties have been notified of this change, no objections have been raised, and no prejudice will result to any party as a result of this withdrawal. Therefore, WS Acquisition moves the Court for an Order discharging Damon C. Elder and Troy S. Brown of Morgan Lewis & Bockius LLP as attorneys in this suit and granting such other relief as the Court may deem proper.

Dated this 11th day of December 2024.

**MORGAN, LEWIS & BOCKIUS LLP**

By   *s/Damon C. Elder*
Damon C. Elder, OSB No. 085313
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Email: damon.elder@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**

By   *s/Troy S. Brown*
Troy S. Brown (*Pro Hac Vice*)
2222 Market Street

Philadelphia, PA 19103
Email: troy.brown@morganlewis.com

*Withdrawing Attorneys for Defendant*

-and-

**MULLINS LAW OFFICE, LLC**

By   *s/Scott L. Mullins*
Scott L. Mullins, OSB No. 142504
1000 SW Broadway St., Suite 2300
Portland, OR 97205
Email: scott@slmullins.com

*Ongoing Counsel for Defendant*