**EDWARD A. PIPER**, OSB No. 141609
ed@angelilaw.com
ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**GEORGE D. RUTTINGER**, *pro hac vice*
gruttinger@crowell.com
**ANUJ VOHRA**, *pro hac vice*
avohra@crowell.com
**WILLIAM B. O'REILLY**, *pro hac vice*
woreilly@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

**MOLLY A. JONES**, *pro hac vice*
mojones@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

*Attorneys for Plaintiff Siemens Medical Solutions USA, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WS ACQUISITION, LLC dba WESTERN SHELTER SYSTEMS, an Oregon limited liability company<br><br>　　　　　Defendant. | Case No. 6:23-cv-01882-MC<br><br>**PLAINTIFF AND COUNTERCLAIM DEFENDANT SIEMENS MEDICAL SOLUTIONS USA, INC.'S NOTICE OF NON-OPPOSITION REGARDING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (ECF NO. 53)** |

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff and Counterclaim Defendant Siemens Medical Solutions USA, Inc. ("Siemens Healthineers") provides this Notice, pursuant to Local Rule 7-1(a)(1)(A), that Defendant and Counterclaim Plaintiff WS Acquisition, LLC dba Western Shelter Systems ("WSS") has confirmed that it does not oppose Siemens Healthineers' Motion for Leave to File First Amended Complaint, filed on December 11, 2024 (ECF No. 53, the "Motion").

As stated in the Motion, Siemens Healthineers made several attempts prior to filing the Motion to ascertain WSS' position on the request for leave to amend, to no avail. ECF No. 53 at 1. On December 12, 2024, following Siemens Healthineers' filing of the Motion, WSS' counsel confirmed by email and in a subsequent telephone call that WSS does not oppose the Motion. Accordingly, Siemens Healthineers confirms that the Motion is unopposed, no opposition or reply briefs will be filed, and therefore, the Motion is ripe for the Court's consideration.

|  |  |
|---|---|
| | Respectfully submitted, |
| DATED: December 12, 2024 | **CROWELL & MORING LLP** |
| | By: *s/ Anuj Vohra* <br> Anuj Vohra (*Pro Hac Vice*) <br> George David Ruttinger (*Pro Hac Vice*) <br> William Benjamin O'Reilly (*Pro Hac Vice*) <br> 1001 Pennsylvania Avenue, NW <br> Washington, DC 20004 <br> Email: avohra@crowell.com <br>        gruttinger@crowell.com <br>        woreilly@crowell.com |
| | Molly A. Jones (*Pro Hac Vice*) <br> 3 Embarcadero Center, 26th Floor <br> San Francisco, CA 94111 <br> Email: mojones@crowell.com |

PAGE 2 – NOTICE OF NON-OPPOSITION REGARDING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

**ANGELI LAW GROUP LLC**

By: *s/ Ed Piper*
Edward A. Piper, OSB No. 020244
121 SW Morrison St., Suite 400
Portland, OR 97204
Email: ed@angelilaw.com

*Attorneys for Plaintiff Siemens Medical Solutions USA, Inc.*