# Exhibit 8

# Purchase Order

**SIEMENS Healthineers**

**Siemens Medical Solutions USA, INC.**

| | | |
|---|---|---|
| Siemens Medical Solutions USA, Inc.<br>40 Liberty Boulevard, Malvern, PA 19355 | Purchase Order number must appear on<br>all address labels, shipping papers, and invoices | **Sales Tax ID #**<br>222-417-778/000 |

| Purchase Order # | Purchase Order Date | Purchasing Group & Phone | Page: 1  OF |
|---|---|---|---|
| 5391037 | 08/20/2019 | HQ CT Equipment 610 219 6300 | 1 Pages |

| Desired Delivery Date | Terms of Payment | Quotation No. | Currency |
|---|---|---|---|
| 10/01/2019 | Net 30 days | | USD |

**Dispatch Type:** Truck

**TO:**
WS ACQUISITION LLC
830 WILSON ST  83080   60691-3010
EUGENE  OR  97402-2713
US

**SHIP TO ADDRESS:**
WESTERN SHELTER

815 CONGER ST
EUGENE   OR  97402 US

**Header Text :**
SO 30228517
DAVID GRANT/TRAVIS AFB
QUOTE 9056

Z000P6BC 08/20/2019 17:52:29

**Shipping Instructions :**

**Delivery Instructions :**

| Item No | Material Number / Description | Ordered Quantity | Unit Price | Discount | Net Unit Price | Total |
|---|---|---|---|---|---|---|
| 10 | SHELTER/CONTAINER | 1 EA | 178,645.70 | 0.00 | 178,645.70 | 178,645.70 |
| 20 | INTERGRATION CT SCANNER | 1 EA | 175,715.99 | 0.00 | 175,715.99 | 175,715.99 |
| 30 | POWER DISTRIBUTION | 1 EA | 23,852.55 | 0.00 | 23,852.55 | 23,852.55 |
| | | | | | **TOTAL =** | **378,214.24** |

**Authorization Signature**                                                                                        **Date**

**Please Invoice to:** http://www.iolportal.com/siemens/

This Siemens Medical Solutions USA, Inc. Purchase Order, for the products and services described herein at the stated prices and terms, is subject to your acceptance of the terms and conditions, located at: http://www.usa.siemens.com/SupplierStandards. Supplier must provide immediate notification in writing to Siemens of any part changes to the product, service, or internal process for any item covered by this Purchase Order.

**Please acknowledge the Purchase Order within five (5) workingdays.**

# Purchase Order

**SIEMENS Healthineers**

Siemens Medical Solutions USA, INC.

| | | |
|---|---|---|
| Siemens Medical Solutions USA, Inc.<br>40 Liberty Boulevard, Malvern, PA 19355 | Purchase Order number must appear on<br>all address labels, shipping papers, and invoices | **Sales Tax ID #**<br>222-417-778/000 |

| Purchase Order # | Purchase Order Date | Purchasing Group & Phone | Page: 1 OF |
|---|---|---|---|
| 5391048 | 08/20/2019 | HQ CT Equipment 610 219 6300 | 1 Pages |

| Desired Delivery Date | Terms of Payment | Quotation No. | Currency |
|---|---|---|---|
| 10/01/2019 | Net 30 days | | USD |

**Dispatch Type:** Truck

| TO: | SHIP TO ADDRESS: |
|---|---|
| WS ACQUISITION LLC<br>830 WILSON ST  83080  60691-3010<br>EUGENE  OR  97402-2713<br>US | WESTERN SHELTER<br><br>815 CONGER ST<br>EUGENE   OR  97402 US |

**Header Text :**
SO 30228624
KELLY AFB
QUOTE 9054
Z000P6BC 08/20/2019 17:56:25

**Shipping Instructions :**

**Delivery Instructions :**

| Item No | Material Number<br>Description | Ordered Quantity | Unit Price | Discount | Net Unit Price | Total |
|---|---|---|---|---|---|---|
| 10 | SHELTER/CONTAINER | 1 EA | 178,645.70 | 0.00 | 178,645.70 | 178,645.70 |
| 20 | INTERGRATION CT SCANNER | 1 EA | 175,715.99 | 0.00 | 175,715.99 | 175,715.99 |
| 30 | POWER DISTRIBUTION | 1 EA | 23,852.55 | 0.00 | 23,852.55 | 23,852.55 |
| | | | | | **TOTAL =** | **378,214.24** |

Authorization Signature                                                                                 Date

**Please Invoice to:** http://www.iolportal.com/siemens/

This Siemens Medical Solutions USA, Inc. Purchase Order, for the products and services described herein at the stated prices and terms, is subject to your acceptance of the terms and conditions, located at: http://www.usa.siemens.com/SupplierStandards. Supplier must provide immediate notification in writing to Siemens of any part changes to the product, service, or internal process for any item covered by this Purchase Order.

**Please acknowledge the Purchase Order within five (5) workingdays.**

# Purchase Order

**SIEMENS Healthineers**

**Siemens Medical Solutions USA, INC.**

Siemens Medical Solutions USA, Inc.
40 Liberty Boulevard, Malvern, PA 19355

Purchase Order number must appear on all address labels, shipping papers, and invoices

**Sales Tax ID #**
222-417-778/000

| Purchase Order # | Purchase Order Date | Purchasing Group & Phone | Page: 1 OF |
|---|---|---|---|
| 5393056 | 08/22/2019 | HQ CT Equipment 610 219 6300 | 1 Pages |

| Desired Delivery Date | Terms of Payment | Quotation No. | Currency |
|---|---|---|---|
| 08/22/2019 | Net 30 days | | USD |

**Dispatch Type:** Truck

**TO:**
WS ACQUISITION LLC
830 WILSON ST  83080  60691-3010
EUGENE  OR  97402-2713
US

**SHIP TO ADDRESS:**
WESTERN SHELTER

815 CONGER ST
EUGENE   OR  97402 US

**Header Text :**
SO 30228908
QUOTE 9057
Z000P6BC 08/22/2019 13:30:26

**Shipping Instructions :**

**Delivery Instructions :**

| Item No | Material Number / Description | Ordered Quantity | Unit Price | Discount | Net Unit Price | Total |
|---|---|---|---|---|---|---|
| 10 | SHELTER/CONTAINER | 1 EA | 178,645.70 | 0.00 | 178,645.70 | 178,645.70 |
| 20 | INTERGRATION CT SCANNER | 1 EA | 175,715.99 | 0.00 | 175,715.99 | 175,715.99 |
| 30 | POWER DISTRIBUTION | 1 EA | 23,852.55 | 0.00 | 23,852.55 | 23,852.55 |
| | | | | | **TOTAL =** | **378,214.24** |

Authorization Signature                                                                 Date

**Please Invoice to:** http://www.iolportal.com/siemens/

This Siemens Medical Solutions USA, Inc. Purchase Order, for the products and services described herein at the stated prices and terms, is subject to your acceptance of the terms and conditions, located at: http://www.usa.siemens.com/SupplierStandards. Supplier must provide immediate notification in writing to Siemens of any part changes to the product, service, or internal process for any item covered by this Purchase Order.

**Please acknowledge the Purchase Order within five (5) workingdays.**

# Purchase Order

**SIEMENS Healthineers**

**Siemens Medical Solutions USA, INC.**

| | | |
|---|---|---|
| Siemens Medical Solutions USA, Inc.<br>40 Liberty Boulevard, Malvern, PA 19355 | Purchase Order number must appear on<br>all address labels, shipping papers, and invoices | **Sales Tax ID #**<br>222-417-778/000 |

| Purchase Order # | Purchase Order Date | Purchasing Group & Phone | Page: 1   OF |
|---|---|---|---|
| 5391058 | 08/20/2019 | HQ CT Equipment 610 219 6300 | 1 Pages |

| Desired Delivery Date | Terms of Payment | Quotation No. | Currency |
|---|---|---|---|
| 10/01/2019 | Net 30 days | | USD |

**Dispatch Type:** Truck

| TO: | SHIP TO ADDRESS: |
|---|---|
| WS ACQUISITION LLC<br>830 WILSON ST  83080   60691-3010<br>EUGENE  OR  97402-2713<br>US | WESTERN SHELTER<br><br>815 CONGER ST<br>EUGENE   OR  97402 US |

**Header Text :**
SO 30228511
WRIGHT PATTERSON AFB
QUOTE 9047
Z000P6BC 08/20/2019 18:00:18

**Shipping Instructions :**

**Delivery Instructions :**

| Item No | Material Number<br>Description | Ordered Quantity | Unit Price | Discount | Net Unit Price | Total |
|---|---|---|---|---|---|---|
| 10 | SHELTER/CONTAINER | 1 EA | 178,645.70 | 0.00 | 178,645.70 | 178,645.70 |
| 20 | INTERGRATION CT SCANNER | 1 EA | 175,715.99 | 0.00 | 175,715.99 | 175,715.99 |
| 30 | POWER DISTRIBUTION | 1 EA | 23,852.55 | 0.00 | 23,852.55 | 23,852.55 |
| | | | | | **TOTAL =** | **378,214.24** |

Authorization Signature                                                                                 Date

**Please Invoice to:** http://www.iolportal.com/siemens/

This Siemens Medical Solutions USA, Inc. Purchase Order, for the products and services described herein at the stated prices and terms,is subject to your acceptance of the terms and conditions, located at: http://www.usa.siemens.com/SupplierStandards. Supplier must  provide immediate notification in writing to Siemens of any part changes to the product,service,or internal process for any item covered by this Purchase Order.
**Please acknowledge the Purchase Order within five (5) workingdays.**