**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**EDWARD A. PIPER**, OSB No. 141609
ed@angelilaw.com
ANGELI & CALFO LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**GEORGE D. RUTTINGER**, admitted *pro hac vice*
gruttinger@crowell.com
**ANUJ VOHRA**, admitted *pro hac vice*
avohra@crowell.com
**WILLIAM B. O'REILLY**, admitted *pro hac vice*
woreilly@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Plaintiff Siemens Medical Solutions USA, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WS ACQUISITION, LLC dba WESTERN SHELTER SYSTEMS, an Oregon limited liability company,<br><br>Defendant. | Case No. 6:23-cv-01882-MC<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY EDWARD A. PIPER** |

PAGE 1 – NOTICE OF WITHDRAWAL OF ATTORNEY EDWARD A. PIPER

PLEASE TAKE NOTICE that, pursuant to LR 83-11(b), attorney Edward A. Piper hereby withdraws as counsel for Plaintiff Siemens Medical Solutions USA, Inc. in the above-captioned matter. Attorneys David H. Angeli, George D. Ruttinger, Anuj Vohra, and William B. O'Reilly will remain as counsel for Plaintiff.

Dated this 7th day of May, 2025.

*s/Edward A. Piper*
DAVID H. ANGELI, OSB No. 020244
david@angelilaw.com
EDWARD A. PIPER, OSB No. 141609
ed@angelilaw.com
ANGELI & CALFO LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

GEORGE D. RUTTINGER, admitted *pro hac vice*
gruttinger@crowell.com
ANUJ VOHRA, admitted *pro hac vice*
avohra@crowell.com
WILLIAM B. O'REILLY, admitted *pro hac vice*
woreilly@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Plaintiff Siemens Medical Solutions USA, Inc.

PAGE 2 – NOTICE OF WITHDRAWAL OF ATTORNEY EDWARD A. PIPER