**GEORGE D. RUTTINGER**, *pro hac vice*
gruttinger@crowell.com
**ANUJ VOHRA**, *pro hac vice*
avohra@crowell.com
**WILLIAM B. O'REILLY**, *pro hac vice*
woreilly@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

**MOLLY A. JONES**, *pro hac vice*
mojones@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

*Attorneys for Plaintiff Siemens Medical Solutions USA, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WS ACQUISITION, LLC dba WESTERN SHELTER SYSTEMS, an Oregon limited liability company,<br><br>Defendant. | Case No. 6:23-cv-01882-MC<br><br>**PLAINTIFF AND COUNTERCLAIM DEFENDANT SIEMENS MEDICAL SOLUTIONS USA, INC.'S MOTION TO STAY PENDING DEADLINES TO ALLOW FOR COMPLETION OF DISCUSSIONS TO RESOLVE LITIGATION** |
| WS ACQUISITION, LLC dba WESTERN SHELTER SYSTEMS, an Oregon limited liability company<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation,<br><br>Counterclaim Defendant. | |

## LR-7-1 CERTIFICATION

Pursuant to Local Civil Rule 7-1(a), counsel for Plaintiff and Counterclaim Defendant Siemens Medical Solutions USA, Inc. ("Siemens") states that they have attempted to meet and confer with counsel for Defendant and Counterclaim Plaintiff WS Acquisition, LLC d/b/a Western Shelter Systems ("Defendant"). However, as of the date of this filing, counsel for Defendant has not responded to Siemens' outreach or provided Defendant's position on the requested relief sought herein.

## MEMORANDUM

Over the past several months, the parties have been in discussions to resolve this matter without further proceedings before this Court; those discussions are near final. Accordingly, plaintiff respectfully requests the Court stay the remaining deadlines identified in its Scheduling Order dated August 29, 2024 (Dkt. 42)—the June 16, 2025 deadline for dispositive and Daubert motions, and the September 15, 2025 trial date—to allow for completion of those discussions. Siemens anticipates that the parties will be able to fully resolve this matter within 30 days. If they are unable to do so, the parties will file a Joint Status Report on July 16, 2025 apprising the court of the parties' effort towards resolution and, if necessary, a requested schedule for further proceedings.

## CONCLUSION

For the foregoing reasons, Siemens respectfully requests that the remaining case deadlines be stayed to allow for the completion of resolution discussions.

DATED: June 16, 2025                    **CROWELL & MORING LLP**

By  *s/ Molly A. Jones*
Molly A. Jones (*Pro Hac Vice*)
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Email: mojones@crowell.com

Anuj Vohra (*Pro Hac Vice*)
George David Ruttinger (*Pro Hac Vice*)
William Benjamin O'Reilly (*Pro Hac Vice*)
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Email: avohra@crowell.com
       gruttinger@crowell.com
       woreilly@crowell.com

*Attorneys for Plaintiff Siemens Medical Solutions USA, Inc.*

PAGE 3 – PLAINTIFF AND COUNTERCLAIM DEFENDANT SIEMENS'S MOTION TO STAY DEADLINES