Albert A. Ciardi III, Esquire
*Admitted Pro Hac Vice*
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia  PA 19103
215 557-3550
215-557-3551 Facsimile
aciardi@ciardilaw.com

Scott L. Mullins, Esquire
OSB No. 142504
**Mullins Law Office, LLC**
1000 SW Broadway St., Suite 2300
Portland, Oregon 97205
(971) 383-1315 | Phone
scott@slmullins.com

*Attorneys for Defendant WS Acquisition, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WS ACQUISITION, LLC dba WESTERN SHELTERS SYSTEMS an Oregon limited liability company,<br><br>Defendant. | Case No. 6:23-cv-01882-MC |
| WS ACQUISITION, LLC dba WESTERN SHELTER SYSTEMS, an Oregon limited liability company,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation, | |

|  |
|---|
| Counterclaim Defendant. |

## STATEMENT OF NO OPPOSITION

Defendant WS Acquisition, LLC dba Western Shelters Systems ("WSS" or "Defendant"), by and through its undersigned counsel, hereby states it does not oppose the Motion to Stay Pending Deadlines to Allow for Completion of Discussions to Resolve Litigation, filed on June 16, 2025 at D.I. #61.

Dated: June 17, 2025              **CIARDI CIARDI & ASTIN**

By:     **/s/ Albert A. Ciardi, III**
Albert A. Ciardi, III, Esquire
1905 Spruce Street
Philadelphia, PA  19103
215-557-3550
215-557-3551 Facsimile
aciardi@ciardilaw.com
*Admitted Pro Hac Vice*

**MULLINS LAW OFFICE, LLC**

By:     **/s/ Scott L. Mullins**
Scott L. Mullins, Esquire
OSB No. 142504
1000 SW Broadway Street
Suite 2300
Portland, OR  97205
971-383-1315
503-525-4833 Facsimile
scott@slmullins.com