TOM R. JOHNSON, Bar No. 010645
tom.johnson@stoel.com
ALEXANDER BISH, Bar No. 173060
alexander.bish@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for Defendant WS Acquisition, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>WS ACQUISITION, LLC dba WESTERN SHELTERS SYSTEMS an Oregon limited liability company,<br><br>           Defendant. | Case No.: 6:23-cv-01882<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO ALL Counsel of Record and to the Clerk of the Court:**

PLEASE TAKE NOTICE that attorneys Thomas R. Johnson and Alexander Bish hereby enter appearances as counsel of record for Defendant WS Acquisition, LLC dba Western Shelters Systems.

All further pleadings, notices and/or correspondence of any nature in this cause should be served upon Defendant by delivering a copy thereof to the undersigned.

    Thomas R. Johnson, Bar No. 010645
    tom.johnson@stoel.com
    ALEXANDER BISH, Bar No. 173060
    alexander.bish@stoel.com
    Stoel Rives LLP
    760 SW Ninth Avenue, Suite 3000
    Portland, OR 97205
    Telephone: (503) 224-3380
    Facsimile: (503) 220-2480

DATED: July 2, 2025                          STOEL RIVES LLP

                                                          */s/ Tom R. Johnson*
                                     TOM R. JOHNSON, Bar No. 010645
                                     tom.johnson@stoel.com
                                     ALEXANDER BISH, Bar No. 173060
                                     alexander.bish@stoel.com

                                     *Attorneys for Defendant WS Acquisition, LLC*